CITY OF LAKE ST. LOUIS,
Plaintiff/Respondent,

v.

Theodore MEINERS, et al.,
Defendants/Appellants.

No. 56372.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 27, 1990.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
April 20, 1990.

Application to Transfer Denied
June 19, 1990.

Norman C. Steimel, III, Clayton, Robert L. Nicolai, St. Louis, for defendants/appellants.

Louis S. Czech, St. Louis, for plaintiff/respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's declaratory judgment authorizing an annexation sought by the City of Lake St. Louis.

We find the trial court's judgment is supported by substantial evidence. No error of law appears, and an extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).